UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE Thomas Warnicke (PP47148)                    Mics. No. 22-51135

## Thomas R. Warnicke - Affidavit of Compliance with LR 83.22(e)(8)

I, Thomas R. Warnicke, being duly sworn, makes the following Affidavit as required for pursuant to LR 83.22(e)(8) and for reinstatement:

1. I have given notice as required under LR 83.22(e)(8), specifically:

    A. I have notified the clerk of each federal court where I'm admitted. **Tab A**

    B. I have notified the Michigan AGC and ADB. **Tab B**.

    C. I have notified each of my clients as required under LR 83.22(e)(8)(B)(i-vi) of the nature and duration of the discipline, the effective date of the discipline, my inability to act as an attorney in this court effective July 11, 2022, the location and custodian of their records, their need to contact others for legal advice, my address where I can receive correspondence (and provided them with a copy of the Order). **Tab C**.

1

D. In all matters in which I represent a party in this Court, I sent a copy of the Order to all parties in pending litigation in this Court. **Tab D**.

2. I will continue to comply with the suspension order until I am reinstated.

Dated: July 25, 2022

_____
Thomas R. Warnicke (P47148)

On this 25th day of July, 2022, before me appeared Thomas R. Warnicke, who being duly sworn by me, deposes and says that he has read the foregoing Affidavit, and knows the contents thereof, and that the same is true of his own knowledge, information and belief.

_____
Notary Public, State of Michigan
My Commission expires: 8/19/28

ANGELA PRANTZALOS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires August 19, 2028
Acting in the County of Wayne

2

# TAB A

| | |
|---|---|
| **From:** | Tom Warnicke |
| **To:** | ecfhelp@miwd.uscourts.gov |
| **Subject:** | Thomas Warnicke, Esq. |
| **Date:** | Monday, July 25, 2022 3:37:00 PM |
| **Attachments:** | Order of Suspension from ED of Mich - July 11, 2022.pdf |

Dear Ms. Clapp:

As a follow-up to our telephone discussion, the ED of Michigan has issued a reciprocal order of suspension stemming from the suspension from the WD of Michigan. Pursuant to ED of Mich LR 83.22, I am forwarding a copy of the Order of Suspension to the WD of Michigan via email to the address you provided, as well as sending by regular mail a copy of the order along with a cover letter to the U.S. District Court in Grand Rapids.

I kindly request that you confirm receipt.

**Very truly yours,**

THOMAS R. WARNICKE
**Law Office of Thomas R. Warnicke, PLLC**
**Buhl Building**
**535 Griswold Street, Suite 2632**
**Detroit, Michigan 48226**
**Office: (248) 930-4411**
**Cell: (248) 410-3031**
**Fax: (248) 232-7832**
tom@warnickelaw.com
www.WarnickeLawFirm.com

| | |
|---|---|
| **From:** | Tom Warnicke |
| **To:** | Kenneth Loomis |
| **Subject:** | RE: Thomas Warnicke, Esq. |
| **Date:** | Monday, July 25, 2022 3:29:00 PM |
| **Attachments:** | Order of Suspension from ED of Mich - July 11, 2022.pdf |
| | image001.png |
| | image002.png |
| | image003.png |

Mr. Loomis:

As a follow-up to our emails below, the ED of Michigan has issued a reciprocal order of suspension stemming from the suspension from the WD of Michigan that I previously forwarded to you. Pursuant to LR 83.22, I am forwarding a copy of the Order of Suspension from the ED of Michigan.

I kindly request that you confirm receipt.

**Very truly yours,**

THOMAS R. WARNICKE
**Law Office of Thomas R. Warnicke, PLLC**
**Buhl Building**
**535 Griswold Street, Suite 2632**
**Detroit, Michigan 48226**
**Office: (248) 930-4411**
**Cell: (248) 410-3031**
**Fax: (248) 232-7832**
tom@warnickelaw.com
www.WarnickeLawFirm.com

---

**From:** Kenneth Loomis <Ken_Loomis@ca6.uscourts.gov>
**Sent:** Thursday, June 30, 2022 10:10 AM
**To:** Tom Warnicke <Tom@warnickelaw.com>
**Subject:** RE: Thomas Warnicke, Esq.

Received.

---

**From:** Tom Warnicke <Tom@warnickelaw.com>
**Sent:** Thursday, June 30, 2022 10:04 AM
**To:** Kenneth Loomis <Ken_Loomis@ca6.uscourts.gov>
**Cc:** Tom Warnicke <Tom@warnickelaw.com>
**Subject:** FW: Thomas Warnicke, Esq.

**CAUTION - EXTERNAL:**

**From:** Tom Warnicke <Tom@warnickelaw.com>
**Sent:** Thursday, June 30, 2022 10:02 AM
**To:** ken_loomis@ca6.uscourts.com
**Cc:** Tom Warnicke <Tom@warnickelaw.com>
**Subject:** FW: Thomas Warnicke, Esq.

Mr. Loomis:

Thank you very much for your time this morning on the telephone. Attached are copies of the two orders we discussed.

I kindly request that you confirm receipt and please let me know if you need anything further.

**Very truly yours,**

THOMAS R. WARNICKE
**Law Office of Thomas R. Warnicke, PLLC**
**Buhl Building**
**535 Griswold Street, Suite 2632**
**Detroit, Michigan 48226**
**Office: (248) 930-4411**
**Cell: (248) 410-3031**
**Fax: (248) 232-7832**
tom@warnickelaw.com
www.WarnickeLawFirm.com





CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive
and confidential use of the intended recipient. If you are not the intended
recipient, please do not read, distribute or take action in reliance upon
this message. If you have received this in error, please notify us
immediately by return email and promptly delete this message and its
attachments from your computer system. We do not waive attorney-client or
work product privilege by the transmission of this message.

TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not
constitute a "reliance opinion" as defined in IRS Circular 230 and may not be
used to establish reasonable reliance on the opinion of counsel for the
purpose of avoiding the penalty imposed by Section 6662A of the Internal
Revenue Code. The firm provides reliance opinions only in formal opinion
letters containing the signature of a partner.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# TAB B



Donald D. Campbell

Email: donald.campbell@ceflawyers.com
Direct Dial: 248-351-5426

July 22, 2022

**Sent via email only**

Michael Goetz
Grievance Administrator
mvgoetz@agcmi.com

Mark Armitage
Executive Director
Michigan Attorney Discipline Board
clerk@adbmich.org

Dear Mike & Mark,

This is Thomas Warnicke's timely notice under MCR 9.120(A)(2) of his suspension from the practice of law in the Eastern District of Michigan. A copy of the Order of Suspension is attached.

The Eastern District's order is based on a non-disciplinary order from the Western District of Michigan. Attorney Warnicke intends to move to vacate or modify the Order of Suspension under LR 83.22(g)(2). We will update you on that effort as developments occur.

Very truly yours,

COLLINS EINHORN FARRELL PC

*Donald D. Campbell*

Donald D. Campbell

Enclosure

| | |
|---|---|
| **From:** | Clerk |
| **To:** | Donald Campbell |
| **Subject:** | RE: Notice MCR 9.120 |
| **Date:** | Friday, July 22, 2022 4:16:08 PM |

This will acknowledge receipt of your email sent in the above-referenced matter. The staff of the ADB will review the email and attachments and process them in accordance with applicable office procedures and court rules. The filer may rely upon this acknowledgment as reflecting the filing date.

If you have any further questions, feel free to contact us between 9 a.m. and 5 p.m., Monday-Friday at:

Attorney Discipline Board
333 W. Fort St., Ste. 1700
Detroit, MI 48226
(313) 963-5553

# TAB C

| | |
|---|---|
| **From:** | Tom Warnicke |
| **To:** | lmt2@ymail.com |
| **Subject:** | Thomas R. Warnicke - Suspension from E.D. of Michigan |
| **Date:** | Monday, July 25, 2022 4:08:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | Order of Suspension from ED of Mich - July 11, 2022.pdf |

Dear Lisa:

I have been suspended from practice in the Eastern District of Michigan effective July 11, 2022 (copy of the order is attached). I cannot act as your attorney after the effective date of the suspension. I am not certain of the duration, but I intend to move to modify or vacate the order of suspension. Your files and records are located in my office at 535 Griswold Street, Suite 2632, Detroit, MI 48226, and will be made readily available to you or substitute counsel. You may wish to seek legal advice and counsel elsewhere.   All correspondence may be sent to my address below.

I kindly request that you confirm receipt via a response email. Thanks in advance.

**Very truly yours,**

THOMAS R. WARNICKE
**Law Office of Thomas R. Warnicke, PLLC**
**Buhl Building**
**535 Griswold Street, Suite 2632**
**Detroit, Michigan 48226**
**Office: (248) 930-4411**
**Cell: (248) 410-3031**
**Fax: (248) 232-7832**
tom@warnickelaw.com
www.WarnickeLawFirm.com

  

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive
and confidential use of the intended recipient. If you are not the intended
recipient, please do not read, distribute or take action in reliance upon
this message. If you have received this in error, please notify us
immediately by return email and promptly delete this message and its
attachments from your computer system. We do not waive attorney-client or
work product privilege by the transmission of this message.

TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not

constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of a partner.

| | |
|---|---|
| **From:** | Tom Warnicke |
| **To:** | Brandon Sieb |
| **Subject:** | Thomas R. Warnicke - Suspension from ED of Michigan |
| **Date:** | Monday, July 25, 2022 4:08:00 PM |
| **Attachments:** | Order of Suspension from ED of Mich - July 11, 2022.pdf |

Dear Brandon:

I have been suspended from practice in the Eastern District of Michigan effective July 11, 2022 (copy of the order is attached). I cannot act as your attorney after the effective date of the suspension. I am not certain of the duration, but I intend to move to modify or vacate the order of suspension. Your files and records are located in my office at 535 Griswold Street, Suite 2632, Detroit, MI 48226, and will be made readily available to you or substitute counsel. You may wish to seek legal advice and counsel elsewhere.   All correspondence may be sent to my address below.

I kindly request that you confirm receipt via a response email. Thanks in advance.

**Very truly yours,**

THOMAS R. WARNICKE
**Law Office of Thomas R. Warnicke, PLLC**
**Buhl Building**
**535 Griswold Street, Suite 2632**
**Detroit, Michigan 48226**
Office: (248) 930-4411
Cell: (248) 410-3031
Fax: (248) 232-7832
tom@warnickelaw.com
www.WarnickeLawFirm.com

```
CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive
and confidential use of the intended recipient. If you are not the intended
recipient, please do not read, distribute or take action in reliance upon
this message. If you have received this in error, please notify us
immediately by return email and promptly delete this message and its
attachments from your computer system. We do not waive attorney-client or
work product privilege by the transmission of this message.

TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not
constitute a "reliance opinion" as defined in IRS Circular 230 and may not be
used to establish reasonable reliance on the opinion of counsel for the
purpose of avoiding the penalty imposed by Section 6662A of the Internal
Revenue Code. The firm provides reliance opinions only in formal opinion
letters containing the signature of a partner.
```

| | |
|---|---|
| **From:** | Tom Warnicke |
| **To:** | Rick Warnicke |
| **Subject:** | Thomas R. Warnicke - Suspension from E.D. of Michigan |
| **Date:** | Monday, July 25, 2022 4:07:00 PM |
| **Attachments:** | Order of Suspension from ED of Mich - July 11, 2022.pdf |

Dear Rick:

I have been suspended from practice in the Eastern District of Michigan effective July 11, 2022 (copy of the order is attached). I cannot act as your attorney after the effective date of the suspension. I am not certain of the duration, but I intend to move to modify or vacate the order of suspension. Your files and records are located in my office at 535 Griswold Street, Suite 2632, Detroit, MI 48226, and will be made readily available to you or substitute counsel. You may wish to seek legal advice and counsel elsewhere. All correspondence may be sent to my address below.

I kindly request that you confirm receipt via a response email. Thanks in advance.

**Very truly yours,**

THOMAS R. WARNICKE
**Law Office of Thomas R. Warnicke, PLLC**
**Buhl Building**
**535 Griswold Street, Suite 2632**
**Detroit, Michigan 48226**
Office: (248) 930-4411
Cell: (248) 410-3031
Fax: (248) 232-7832
tom@warnickelaw.com
www.WarnickeLawFirm.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive
and confidential use of the intended recipient. If you are not the intended
recipient, please do not read, distribute or take action in reliance upon
this message. If you have received this in error, please notify us
immediately by return email and promptly delete this message and its
attachments from your computer system. We do not waive attorney-client or
work product privilege by the transmission of this message.

TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not
constitute a "reliance opinion" as defined in IRS Circular 230 and may not be
used to establish reasonable reliance on the opinion of counsel for the
purpose of avoiding the penalty imposed by Section 6662A of the Internal
Revenue Code. The firm provides reliance opinions only in formal opinion
letters containing the signature of a partner.

| | |
|---|---|
| **From:** | Tom Warnicke |
| **To:** | Kenlowe5867@gmail.com |
| **Subject:** | Thomas R. Warnicke - Suspension from ED of Michigan |
| **Date:** | Monday, July 25, 2022 4:09:00 PM |
| **Attachments:** | Order of Suspension from ED of Mich - July 11, 2022.pdf |

Dear Ken:

I have been suspended from practice in the Eastern District of Michigan effective July 11, 2022 (copy of the order is attached). I cannot act as your attorney after the effective date of the suspension. I am not certain of the duration, but I intend to move to modify or vacate the order of suspension. Your files and records are located in my office at 535 Griswold Street, Suite 2632, Detroit, MI 48226, and will be made readily available to you or substitute counsel. You may wish to seek legal advice and counsel elsewhere. All correspondence may be sent to my address below.

I kindly request that you confirm receipt via a response email. Thanks in advance.

**Very truly yours,**

THOMAS R. WARNICKE
**Law Office of Thomas R. Warnicke, PLLC**
**Buhl Building**
**535 Griswold Street, Suite 2632**
**Detroit, Michigan 48226**
Office: (248) 930-4411
Cell: (248) 410-3031
Fax: (248) 232-7832
tom@warnickelaw.com
www.WarnickeLawFirm.com

```
CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive
and confidential use of the intended recipient. If you are not the intended
recipient, please do not read, distribute or take action in reliance upon
this message. If you have received this in error, please notify us
immediately by return email and promptly delete this message and its
attachments from your computer system. We do not waive attorney-client or
work product privilege by the transmission of this message.

TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not
constitute a "reliance opinion" as defined in IRS Circular 230 and may not be
used to establish reasonable reliance on the opinion of counsel for the
purpose of avoiding the penalty imposed by Section 6662A of the Internal
Revenue Code. The firm provides reliance opinions only in formal opinion
letters containing the signature of a partner.
```

| | |
|---|---|
| **From:** | Tom Warnicke |
| **To:** | E. Emmanuel Peeples |
| **Subject:** | Thomas R. Warnicke - Suspension for ED of Michigan |
| **Date:** | Monday, July 25, 2022 4:09:00 PM |
| **Attachments:** | Order of Suspension from ED of Mich - July 11, 2022.pdf |

Dear Emmanuel:

I have been suspended from practice in the Eastern District of Michigan effective July 11, 2022 (copy of the order is attached). I cannot act as your attorney after the effective date of the suspension. I am not certain of the duration, but I intend to move to modify or vacate the order of suspension. Your files and records are located in my office at 535 Griswold Street, Suite 2632, Detroit, MI 48226, and will be made readily available to you or substitute counsel. You may wish to seek legal advice and counsel elsewhere.   All correspondence may be sent to my address below.

I kindly request that you confirm receipt via a response email. Thanks in advance.

**Very truly yours,**

THOMAS R. WARNICKE
**Law Office of Thomas R. Warnicke, PLLC**
**Buhl Building**
**535 Griswold Street, Suite 2632**
**Detroit, Michigan 48226**
Office: (248) 930-4411
Cell: (248) 410-3031
Fax: (248) 232-7832
tom@warnickelaw.com
www.WarnickeLawFirm.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of a partner.

# TAB D

| | |
|---|---|
| **From:** | Tom Warnicke |
| **To:** | Waslawski, Daniel C. (Detroit); Warren, Richard W.; dcessante@clarkhill.com; bshekell@clarkhill.com; "tukel@butzel.com" |
| **Cc:** | Tom Warnicke |
| **Subject:** | Thomas R. Warnicke - Suspension from ED of Michigan |
| **Date:** | Monday, July 25, 2022 7:13:00 PM |
| **Attachments:** | Order of Suspension from ED of Mich - July 11, 2022.pdf |

Dear Counselors:

I am informing you pursuant to ED of Michigan LR 83.22(8)(e)(C) that I have been suspended from practice in the Eastern District of Michigan effective July 11, 2022 (copy of the order is attached). I am not certain of the duration, but I intend to move to modify or vacate the order of suspension this week.

I kindly request that you confirm receipt via a response email. Thanks in advance.

**Very truly yours,**

THOMAS R. WARNICKE
**Law Office of Thomas R. Warnicke, PLLC**
**Buhl Building**
**535 Griswold Street, Suite 2632**
**Detroit, Michigan 48226**
Office: (248) 930-4411
Cell: (248) 410-3031
Fax: (248) 232-7832
tom@warnickelaw.com
www.WarnickeLawFirm.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive
and confidential use of the intended recipient. If you are not the intended
recipient, please do not read, distribute or take action in reliance upon
this message. If you have received this in error, please notify us
immediately by return email and promptly delete this message and its
attachments from your computer system. We do not waive attorney-client or
work product privilege by the transmission of this message.

TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not
constitute a "reliance opinion" as defined in IRS Circular 230 and may not be
used to establish reasonable reliance on the opinion of counsel for the
purpose of avoiding the penalty imposed by Section 6662A of the Internal
Revenue Code. The firm provides reliance opinions only in formal opinion
letters containing the signature of a partner.