UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  **Thomas Warnicke (P 47148)**               Misc. No. 22-51135

_____/                   Hon. Denise Page Hood

                                                                                   Hon. Mark A. Goldsmsith

                                                                                  Hon. Laurie J. Michelson

## ORDER APPOINTING THREE JUDGE PANEL

Petitioner, Thomas Warnicke, was suspended by the U.S. District Court for the Western District of Michigan Bar from the practice of law until such time as the money judgment is paid in full in case 18-cv-01261 effective May 26, 2022. On August 12, 2022, the U.S. District Court for the Western District of Michigan lifted the suspension in accordance with the Stipulation and Order (ECF No. 425) entered by Judge Janet Neff in case 18-cv-0261.

In accordance with E.D. Mich. LR 83.22(i), on October 18, 2022, Thomas Warnicke filed an Affidavit in requesting reinstatement to practice of law before the federal courts within the Eastern District of Michigan.

Pursuant to E.D. Mich. LR 83.22(i), the Affidavit has been assigned for hearing before Judge Denise Page Hood, Chairperson; Judge Mark A. Goldsmith and Judge Laurie J. Michelson.

By virtue of 28 U.S.C. § 136(B), Thomas Warnicke will have the burden of demonstrating by clear and convincing evidence that he (1) has the moral qualification,

competency and learning in the law that is required for admission to the practice of law before this Court, and (2) will not commit any act that will be detrimental to the integrity of the State Bar of Michigan, the administration of justice, or the public interest.

If Thomas Warnicke is found fit to resume the practice of law, he will be reinstated, subject to those conditions which may be imposed upon him under the Local Rules of this Court. However, if he is found to be unfit to resume the practice of law, his Petition will be dismissed.

The presiding judge in this matter will forward a copy of the decision to Chief Judge Sean F. Cox.

s/Sean F. Cox
Sean F. Cox, Chief Judge
United States District Court

Dated:   October 28, 2022
             Detroit, Michigan