UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  **Thomas Warnicke (P 47148)**       Misc. No. 22-51135

_____/       Hon. Denise Page Hood

    Hon. Mark A. Goldsmsith

    Hon. Laurie J. Michelson

### ORDER APPOINTING GRIEVANCE ADMINISTRATOR AND REFERRING AFFIDAVIT FOR REINSTATEMENT

On July 11, 2022, the Court suspended the license of Thomas Warnicke to practice law in the United States District Court and the United States Bankruptcy Courts of the Eastern District of Michigan. On October 18, 2022, Thomas Warnicke filed an Affidavit, pursuant to E.D. Mich. LR 83.22(i), seeking to obtain the reinstatement of privilege to practice law in these federal courts.

E.D. Mich. LR 83.22(i)(3) provides, in pertinent part, as follows:
The court may invite any judge of the court, the Michigan Attorney Grievance Commission or other disciplinary counsel to present grounds why the attorney should not be reinstated and may conduct an evidentiary hearing if factual issues are contested.

The State of Michigan, which establishes the rules and regulations that govern the conduct of attorneys who practice within its state court, has expressed an interest in this federal court proceeding.

IT IS ORDERED that the Grievance Administrator for the Michigan Grievance Commission is appointed to serve as "of counsel" in this matter.

IT IS FURTHER ORDERED and pursuant to E.D. Mich. LR 83.22(i)(3), the Affidavit is referred to the Grievance Administrator of the Michigan Attorney Grievance Commission.

Within 14 days of receipt of this Order, the Grievance Administrator shall electronically file a copy of the Grievance Administrator's Report pertaining to the Petitioner along with the transcript of the reinstatement proceedings (if available).

IT IS SO ORDERED.

s/Sean F. Cox
Sean F. Cox, Chief Judge
United States District Court

Dated:   October 28, 2022
         Detroit, Michigan