# Tab A

**Archived:** Thursday, December 15, 2022 11:10:26 AM
**From:** Charlene Gill
**Sent:** Wed, 30 Nov 2022 14:05:23
**To:** 'Pamela I. Linville'; James J. Hunter
**Cc:** Donald Campbell
**Subject:** RE: In re: Thomas Warnicke / Reinstatement Petition Misc. Case No. 22-51135
**Sensitivity:** Normal

Good afternoon,

\~

I have been informed that there is no rule prohibiting the petitioner from filing of a response to the report.

\~

\~

\~



\~

**From:** Pamela I. Linville <pilinville@agcmi.com>
**Sent:** Wednesday, November 30, 2022 10:35 AM
**To:** James J. Hunter <James.Hunter@Ceflawyers.com>; Charlene Gill <Charlene_Gill@mied.uscourts.gov>
**Cc:** Donald Campbell <Donald.Campbell@ceflawyers.com>
**Subject:** RE: In re: Thomas Warnicke / Reinstatement Petition Misc. Case No. 22-51135

\~

**\cbpat3CAUTION - EXTERNAL:**


Good morning. I do not object to the Petitioner filing a reply.

Thank you,

Pamela Linville

\~

**From:** James J. Hunter <James.Hunter@Ceflawyers.com>
**Sent:** Wednesday, November 30, 2022 10:12 AM
**To:** 'charlene_gill@mied.uscourts.gov' <charlene_gill@mied.uscourts.gov>
**Cc:** Pamela I. Linville <pilinville@agcmi.com>; Donald Campbell <Donald.Campbell@ceflawyers.com>
**Subject:** In re: Thomas Warnicke / Reinstatement Petition Misc. Case No. 22-51135

\~

Good Morning Ms. Gill,

\~

Per our discussion today, we are writing to request permission from the Court for petitioner Attorney Thomas Warnicke to file a reply to the Grievance Administrator's Reinstatement Report that was filed on November 10, 2022. Counsel for the AGC (Ms. Linville, cc'd here) does not object to this request.

Thank you in advance for your consideration of this request.

\~

Jim



\f0

\f0James J. Hunter
\f0Attorney at Law
Office: (248) 663-7716
\f0Cell: (248) 798-8141
\f0Fax: (248) 663-7717
\f0James.Hunter@cefLawyers.com
\f0www.ceflawyers.com | vCard\~ | Bio
\f0\~

\f0\~

This electronic message and all contents contain information from the law firm of Collins Einhorn Farrell PC which may be privileged, confidential or otherwise protected from disclosure.\~ The information is intended to be for the addressee only.\~ If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited.\~ If you have received this electronic message in error, please notify us immediately and destroy the original message and all copies.

\f0\~

\f0*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

\~

\cbpat3**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.