UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Misc. No. 22-mc-51135

IN RE: THOMAS R. WARNICKE, (P47148),

Honorable Denise Page Hood
Honorable Mark A. Goldsmith
Honorable Laurie J. Michelson

Petitioner.
_____/

**ORDER REINSTATING PETITIONER TO**
**ADMISSION FOR PRACTICE OF LAW IN THE DISTRICT**

On May 26, 2022, Petitioner Thomas R. Warnicke was suspended from the practice of law before the United States District Court and United States Bankruptcy Court for the Western District of Michigan for failing to satisfy a money judgment in case 18-cv-01261. (*See* ECF No. 14, PageID.180.)

As a result of this disciplinary action, on July 11, 2022, Chief Judge Sean F. Cox issued an order suspending Warnicke from the practice of law in the United States District Court and United States Bankruptcy Court for the Eastern District of Michigan according to E.D. Mich. LR 83.22. (ECF No. 2.)

A few months later, on October 18, 2022, Warnicke filed an affidavit for reinstatement to practice law in the Eastern District of Michigan declaring that the Western District of Michigan lifted his order of suspension and reinstated him to the practice of law on August 12, 2022, that he has not practiced law contrary to any other order, and that he has otherwise fulfilled all conditions of E.D. Mich. LR 83.22(i). (ECF No. 11.)

Shortly thereafter, Chief Judge Cox appointed this Panel to consider Warnicke's petition for reinstatement and directed the Grievance Administrator of the Michigan Attorney Grievance Commission to serve as "of counsel" in this matter and submit to this Court a copy of its report regarding Warnicke's petition. (ECF Nos. 12, 13.)

The Grievance Administrator submitted its initial reinstatement report on November 10, 2022. (ECF No. 14.) That report advised that Warnicke's alleged misconduct during the case in the Western District of Michigan was also the subject of a complaint filed with the Attorney Discipline Board of the State Bar of Michigan. (*Id.* at PageID.182.) Thus, the Grievance Administrator requested a stay in the Eastern District of Michigan reinstatement pending resolution of the State disciplinary matter. (*Id.* at PageID.183.)

In its Supplemental Report, the Grievance Administrator advised that the State disciplinary matter was resolved through a stipulation for consent order of discipline. (ECF No. 16.) As a result, Warnicke was reprimanded, effective April 6, 2023. (*Id.* at PageID.319.) Given the nature of this resolution, the Grievance Administrator had no objection to Warnicke's reinstatement. (*Id.*)

To qualify for reinstatement to practice in the Eastern District of Michigan, a petitioner must prove by clear and convincing evidence that he has complied with all orders of discipline, has not practiced in the Eastern District of Michigan during his suspension, has not engaged in any other professional misconduct since suspension, that he has the "moral qualifications, competency and learning in the law required

for admission to practice," and that his "resumption of the practice of law will not be detrimental to the integrity and standing of the bar or to the administration of justice, or subversive of the public interest." E.D. Mich. LR 83.22(i)(2).

Having considered Warnicke's Affidavit for Reinstatement (ECF No. 11), and the Grievance Administrator's Reinstatement Reports (ECF Nos. 14, 16), this Panel is satisfied that the record demonstrates that Warnicke meets the standard for reinstatement under E.D. Mich. LR 83.22(i)(2), thus a hearing is unnecessary.

For these reasons, it is the unanimous decision of this Panel that Warnicke be reinstated to practice law in the federal courts within the Eastern District of Michigan without any limitations except those that are imposed upon him by law, the Local Rules of the Court, and the prevailing standard of ethics.

Accordingly, it is **ORDERED** that Petitioner Thomas R. Warnicke's Request for Reinstatement (ECF No. 11) is **GRANTED**.

Further, it is **ORDERED** that Petitioner Thomas R. Warnicke is **REINSTATED** to practice law in the federal courts within the Eastern District of Michigan **effectively immediately**.

Dated: June 20, 2023

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge